IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00490 WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

CHRISTINE ESTORGA,

  Defendant.

---

**INDICTMENT**
**Counts One - Forty Seven: 18 U.S.C. § 641**
**Theft of Public Money**

---

**COUNTS ONE THROUGH FORTY-SEVEN**

The Grand Jury charges that:

On or about the following dates, in the State and District of Colorado and elsewhere, the defendant, CHRISTINE ESTORGA, knowingly converted to her own use money that belonged to the United States Department of Veterans Affairs, a department or agency of the United States, in the approximate amounts listed below, that is, payments of Dependency and Indemnity Compensation benefits that were intended for Beatrice Longoria:

| Count | Date | Amount |
| --- | --- | --- |
| 1 | 04/01/2008 | $1,091.00 |
| 2 | 05/01/2008 | $1,091.00 |
| 3 | 05/30/2008 | $1,091.00 |
| 4 | 07/01/2008 | $1,091.00 |
| 5 | 08/01/2008 | $1,091.00 |
| 6 | 08/29/2008 | $1,091.00 |
| 7 | 10/01/2008 | $1,091.00 |
| 8 | 10/31/2008 | $1,091.00 |
| 9 | 12/01/2008 | $1,091.00 |
| 10 | 12/31/2008 | $1,154.00 |
| 11 | 01/30/2009 | $1,154.00 |
| 12 | 02/27/2009 | $1,154.00 |
| 13 | 04/01/2009 | $1,154.00 |
| 14 | 05/01/2009 | $1,154.00 |
| 15 | 06/01/2009 | $1,154.00 |
| 16 | 07/01/2009 | $1,154.00 |
| 17 | 07/31/2009 | $1,154.00 |
| 18 | 09/01/2009 | $1,154.00 |
| 19 | 10/01/2009 | $1,154.00 |
| 20 | 10/30/2009 | $1,154.00 |
| 21 | 12/01/2009 | $1,154.00 |
| 22 | 12/31/2009 | $1,154.00 |
| 23 | 02/01/2010 | $1,154.00 |
| 24 | 03/01/2010 | $1,154.00 |
| 25 | 04/01/2010 | $1,154.00 |
| 26 | 04/30/2010 | $1,154.00 |

| | | |
|---|---|---|
| 27 | 06/01/2010 | $1,154.00 |
| 28 | 07/01/2010 | $1,154.00 |
| 29 | 07/30/2010 | $1,154.00 |
| 30 | 09/01/2010 | $1,154.00 |
| 31 | 10/01/2010 | $1,154.00 |
| 32 | 11/01/2010 | $1,154.00 |
| 33 | 12/01/2010 | $1,154.00 |
| 34 | 12/30/2010 | $1,154.00 |
| 35 | 02/01/2011 | $1,154.00 |
| 36 | 03/01/2011 | $1,154.00 |
| 37 | 04/01/2011 | $1,154.00 |
| 38 | 04/29/2011 | $1,154.00 |
| 39 | 06/01/2011 | $1,154.00 |
| 40 | 07/01/2011 | $1,154.00 |
| 41 | 08/01/2011 | $1,154.00 |
| 42 | 09/01/2011 | $1,154.00 |
| 43 | 09/30/2011 | $1,154.00 |
| 44 | 11/01/2011 | $1,154.00 |
| 45 | 12/01/2011 | $1,154.00 |
| 46 | 12/30/2011 | $1,195.00 |
| 47 | 02/01/2012 | $1,195.00 |

Each of the foregoing counts was a violation of Title 18, United States Code, Section 641.

Dated this _____ day of _____, 2012.

                                       A TRUE BILL

                                       *Ink signature on file in the Clerk's Office*
                                       FOREPERSON

JOHN F. WALSH
United States Attorney


By:  s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: martha.paluch@usdoj.gov
Attorney for the United States