DEFENDANT	CHRISTINE ESTORGA

YOB:	1954

ADDRESS:	San Antonio, Texas

COMPLAINT FILED?	\_\_\_\_\_ YES   \_X\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_\_\_ YES   \_X\_ NO

OFFENSE:	COUNTS 1-47: 18 U.S.C. § 641
	Stealing of Public Money

LOCATION OF OFFENSE: Jefferson County, Colorado

PENALTY:	COUNTS 1-47:
	NMT 10 year imprisonment; NMT $250,000 fine, or both;
	NMT 3 years supervised release; $100 special assessment
	fee.  Per Count

AGENT:	Stefan G. Larese
	Veteran's Administration, Office of the Inspector General

AUTHORIZED BY:	Martha A. Paluch
	Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_X\_ five days or less      \_\_\_\_ over five days      \_\_\_\_ other

THE GOVERNMENT:

\_\_\_\_ will seek detention in this case      \_X\_ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:	\_\_\_\_Yes   \_X\_ No