**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2012

JEFFREY P. COLWELL
CLERK

RE: 12-CR-00490-WJM

To whom it may concern,

On the 6th day of Dec 2012, I, Christine Estorga, recieved a summons to appear in court in Colorado by Special Agent Phillip Eubanks.

I was informed by both Special Agents Eubanks and Harese that I may be granted a change of venue because I am pleading guilty, live in another state, and due to my financial hardships. The Special Agents also informed me that the court will appoint me an attorney because I cannot afford one.

I am employed full-time as a CDA and I cannot afford to travel to Colorado and miss work. I would like to thank you in advance for considering my request.

Christine Estorga