IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cr-00490-WJM** | FTR - Reporter Deck - Courtroom A402 |
| **Date: December 19, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                *Counsel:*

UNITED STATES OF AMERICA,                          Martha Ann Paluch

    Plaintiff,

v.

CHRISTINE ESTORGA,

    Defendant.

### MINUTE ENTRY

**HEARING:   INITIAL APPEARANCE**
**Court in Session:     2:18 p.m.**
Court calls case. Appearances of counsel. Michelle Sinaka present from Pretrial. The defendant is not present for this hearing.

Discussion between the court and Ms. Paluch regarding the status of this case and the defendant's Letter (Docket No. 3, filed on 12/14/2012). Ms. Paluch informs the court that she would like to continue the defendant's summons and have court appointed counsel represent the defendant in this case. Ms. Paluch informs the court that she does not want the court to issue an arrest warrant as a result of the defendant failing to appear for her initial appearance.

The court advises Ms. Paluch that it has received and reviewed the defendant's letter but that it was not filed as a motion so the court will not act on this letter alone. The court further advises Ms. Paluch that it appears, from the letter, that the defendant failed to send a copy to the government as required. Despite the filing of this letter, the defendant was still technically required to appear here in Colorado for today's hearing.

The court advises Ms. Paluch that it shall mail a Financial Affidavit (along with the minutes from today's hearing) to the defendant. The defendant shall throughly fill out the Financial

Affidavit and mail it back to the court.  Once the Financial Affidavit has been received and reviewed by the criminal duty Magistrate Judge, an attorney shall be appointed to represent the defendant if it is determined that she qualifies to have one appointed by the court.  Once counsel has been appointed, that attorney shall discuss the defendant's Rule 20 options as well as any appearance issues for future hearings in this case.

No future hearing dates to be set in this case at this time.

HEARING CONCLUDED.

**Court in recess:**     **2:26 p.m.**
Total time in court:    00:08