**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date: December 19, 2012   Case Number: 12-cr-00490-WJM

CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the **MINUTE ENTRY** and **FINANCIAL AFFIDAVIT** were duly mailed to the person listed below:

Christine Estorga
285 Burlington Drive
San Antonio, Texas 78245

JEFFREY P. COLWELL, CLERK

By: s/R. Mason
    Courtroom Deputy Clerk