AO 83 (Rev 02/09) Summons in a Criminal Case

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 JAN 14 PM 3:03

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| CHRISTINE ESTORGA | ) Case No. 12-cr-00490 WJM |
| 285 Burlington Drive | ) |
| San Antonio, Texas 78245 | ) |

*Defendant's name and address*

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

Place: United States District Court
901 19th Street
Denver, Colorado 80294

Courtroom No.: C402
Date and Time: December 19, 2012 2:00 p.m.

This offense is briefly described as follows:

Title 18, United States Code, Section 641 - Theft of Public Money
Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, CO at 10:00 a.m.

Date: 12/3/2012

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk, US District Court
*Printed name and title*

### Proof of Service

This summons was received by me on (date) 12/5/12

☑ I personally served the summons on this defendant Christine Estorga at
(place) 285 Burlington Dr, San Antonio, TX on (date) 12/6/12 ; or

☐ On (date) _____, I left the summons at the defendant's residence or usual place of abode
with (name) _____, a person of suitable age and discretion who resides
there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because

I declare under penalty of perjury that this information is true.

Date returned: 12/10/12

*Phillip Eubanks*
*Server's signature*

Phillip Eubanks, Special Agent
*Printed name and title*

Remarks: