IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-000490-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

CHRISTINE ESTORGA,
 Defendant.

---

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

---

 The above named defendant has testified under oath or has otherwise satisfied this Court that she is financially unable to employ counsel, and does not wish to waive counsel, and because the interests of justice so require, the **FEDERAL PUBLIC DEFENDER, 633 17th Street, 10TH Floor, Denver, Colorado, 80202, Telephone: 303-294-7002,** is hereby appointed to represent the defendant in the above designated case. This appointment shall remain in effect until terminated by the Court or a substitute attorney is appointed.

 DATED at Denver, Colorado this March 7, 2013.

BY THE COURT:

_____
Craig B. Shaffer, Magistrate Judge
United States District Court