IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      **CHRISTINE ESTORGA**,

       Defendant.

---

### NOTICE OF APPEARANCE
---

      The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      RAYMOND P. MOORE
      Federal Public Defender


      s/ Edward R. Harris
      Edward R. Harris
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Edward.Harris@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2013, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch
Assistant U.S. Attorney
Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ms. Christine Estorga   *(U.S. Mail)*
285 Burlington Drive
San Antonio, Texas 78245

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward.Harris@fd.org
Attorney for Defendant