IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-cr-00490-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CHRISTINE ESTORGA,

        Defendant.

---

## UNITED STATES' MOTION TO UNRESTRICT

---

The United States of America, by and through United States Attorney John F. Walsh, and Assistant United States Attorney Martha A. Paluch, hereby respectfully requests that the Court unrestrict Document 1 in this case.

The summons has been executed and counsel has been appointed to represent the defendant.  Accordingly, there is no longer a necessity for the document to remain restricted from public access.

THEREFORE, the United States respectfully requests that Document 1 in this case be unrestricted.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        By:  *s/Martha A. Paluch*
        MARTHA A. PALUCH
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        E-mail: martha.paluch@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this ___14th___ day of March, 2013, I electronically filed the foregoing **UNITED STATES' MOTION TO UNRESTRICT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Edward R. Harris, Esq.
  edward_harris@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

      *s/Barbara Gardalen*
      BARBARA GARDALEN
      Legal Assistant
      U.S. Attorney's Office
      1225 Seventeenth Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax:   (303) 454-0403
      barbara.gardalen@usdoj.gov