IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-cr-00490-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CHRISTINE ESTORGA,

        Defendant.

---

**ORDER TO UNRESTRICT DOCUMENT 1**

---

The Court has for consideration the United States' Motion to Unrestrict wherein the Government asks this Court to unrestrict its Document 1 in this case. Upon consideration,

IT IS ORDERED that Document 1 be unrestricted.

IT IS SO ORDERED on this ____ day of _____, 2013.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO