**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

CASE NO. 12-cr-0490-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     CHRISTINE ESTORGA,

      Defendant.
_____

**ORDER GRANTING MOTION TO UNRESTRICT**
_____

This matter is before the Court on the Government's Motion to Unrestrict filed on March 14, 2013 (ECF No. 12). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

The Government's Motion to Unrestrict is GRANTED. The Clerk of the Court is DIRECTED to UNRESTRICT the Document filed at ECF No. 1.

Dated this 14th day of March, 2013.

                        BY THE COURT:

                        _____
                        William J. Martínez
                        United States District Judge