IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Action No. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTINE ESTORGA,

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that a Status Conference has been set for **Monday, March 18, 2013 at 10:00 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**   March 14, 2013