IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CHRISTINE ESTORGA,

        Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE HEARING**
_____

Defendant, by and through the Office of the Federal Public Defender, moves to set this case to a later time on Monday, March 18, 2013, for the reasons set forth below:

1.     This case is set for a status conference at 10:00am on Monday, March 18, 2013.

2.     Counsel has a previously set hearing in front of the Honorable Magistrate Judge Hegarty at 10:00am on March 18, 2013 in case number 06-cr-00484-REB. However, counsel is available the afternoon of March 18, 2013.

3.     Assistant United States Attorney Martha Paluch does not oppose this motion and is available the afternoon of March 18, 2013.

                          Respectfully submitted,

                          RAYMOND P. MOORE
                          Federal Public Defender

                          s/ Edward R. Harris
                          Edward R. Harris
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          Edward_Harris@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ms. Christine Estorga   (U.S. Mail)


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant