IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Action No. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTINE ESTORGA,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's "Unopposed Motion to Continue Hearing" (doc. #15) is GRANTED.  The start time for the **March 18, 2013** Status Conference is pushed back to **2:30 p.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**      March 15, 2013