IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

CHRISTINE ESTORGA,

  Defendant.

_____

**MOTION TO WAIVE DEFENDANT'S APPEARANCE AT ARRAIGNMENT**
_____

  The defendant, Christine Estorga, by and through undersigned counsel, hereby moves this Court to waive her appearance at her arraignment, pursuant to F.R.Cr.P., Rule 10(b), scheduled for April 4,2013 at 2:00pm.  As grounds in support of this motion, Ms. Estorga states:

  1. Ms. Estorga has been charged with forty-seven counts in violation of 18 U.S.C. § 641.

  2. Ms. Estorga has received a copy of the indictment which she has reviewed with counsel.

  3. Ms. Estorga will enter a plea of not guilty, via counsel, at the scheduled arraignment hearing.

  4. Ms. Estorga is on a summons in this case.  She lives in San Antonio, Texas.

  5. The government does not oppose this motion.

WHEREFORE, Ms. Estorga requests this Court grant this motion and allow her to waive her appearance at the arraignment on Thursday, April 4, 2013 at 2:00pm.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I electronically filed the foregoing **MOTION TO WAIVE DEFENDANT'S APPEARANCE AT ARRAIGNMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant United States Attorney
email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christine Estorga     *(via U.S. mail)*

s/ Edward R. Harris<br>
Edward R. Harris<br>
Assistant Federal Public Defender<br>
633 17th Street, Suite 1000<br>
Denver, CO  80202<br>
Telephone:  (303) 294-7002<br>
FAX:  (303) 294-1192<br>
Edward_Harris@fd.org<br>
Attorney for Defendant

3