IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTINE ESTORGA,

       Defendant.

_____

### DEFENDANT ESTORGA'S WAIVER OF APPEARANCE
_____

       Ms. Christine Estorga, through her counsel, Edward R Harris, submits this waiver of appearance for arraignment and tender of pleas of not guilty and states as follows:

       1.       The federal grand jury returned an indictment on December 3, 2012.

       2.       The Court has set an arraignment date for the indictment of April 4, 2013.

       3.       Ms. Estorga has received and reviewed a copy of the indictment and wishes to waive her appearance for arraignment and to tender pleas of not guilty to all charges alleged against her.

       WHEREFORE, Ms. Estorga respectfully requests that the Court accept this waiver of appearance and enter pleas of not guilty to all charges alleged against her in the indictment.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant



DATE:_____          _____
                                   CHRISTINE ESTORGA

## **AFFIRMATION**

I, Christine Estorga, affirm that I am named defendant in the indictment. Further, I affirm that I have received and reviewed a copy of the indictment, that I understand that I have a right to be present for arraignment on said charges, that I waive my right to be present, and that I plead not guilty to all charges alleged against me in the indictment.

DATE:_____        _____
                                CHRISTINE ESTORGA

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 1, 2013, I electronically filed the foregoing **DEFENDANT ESTORGA'S WAIVER OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant United States Attorney
    email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Christine Estorga     *(via U.S. mail)*

    s/ Edward R. Harris
    Edward R. Harris
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant