Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

DATE: 3-22-13

CHRISTINE ESTORGA

## AFFIRMATION

I, Christine Estorga, affirm that I am named defendant in the indictment. Further, I affirm that I have received and reviewed a copy of the indictment, that I understand that I have a right to be present for arraignment on said charges, that I waive my right to be present, and that I plead not guilty to all charges alleged against me in the indictment.

DATE: 3-22-2013

CHRISTINE ESTORGA