IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTINE ESTORGA,

       Defendant.
_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

The defendant, Christine Estorga, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in her case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

                              Respectfully submitted,

                              WARREN R. WILLIAMSON
                              Federal Public Defender, Interim


                              s/ Edward R. Harris
                              Edward R. Harris
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Edward_Harris@fd.org
                              Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2013, I electronically filed the foregoing **NOTICE OF DISPOSITION AND MOTION REQUESTING CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      Martha Paluch, Assistant United States Attorney
      email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Christine Estorga    *(via U.S. mail)*

                                    s/ Edward R. Harris
                                    Edward R. Harris
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    Edward_Harris@fd.org
                                    Attorney for Defendant