IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTINE ESTORGA,

      Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE CHANGE OF PLEA HEARING**
_____

      COMES NOW Defendant Christine Estorga, by and through undersigned counsel, Assistant Federal Public Defender Edward R. Harris, and moves for a continuance of the change of plea hearing set for May 28, 2013 to a later date for the reasons set forth below:

      1.     Counsel filed a Notice of Disposition in this case on May 8, 2013 [doc. 26].

      2.     That same day, the Court, consistent with the Court's general practice, issued an order setting a change of plea hearing in this matter to the date of the final trial preparation conference, Tuesday, May 28, 2013 at 1:00pm [doc. 27].

      3.     Ms. Estorga lives in Temple, Texas which is almost nine hundred miles from Denver. This is a fourteen-hour car trip.

      4.     Counsel anticipates filing a motion pursuant to 18 U.S.C. § 4285 seeking an order directing the United States Marshals Service to arrange for Ms. Estorga's non-custodial transportation form Texas to Denver, Colorado.

5.  Given the distance which Ms. Estorga must travel and a need to arrange for transpiration (whether by the United States Marshals Service or independently), the current change of plea date likely does not afford sufficient time.

6.  Counsel's filing of a notice of disposition has tolled speedy trial in this case. The case will resolve by plea agreement, not trial. Accordingly, counsel requests that the Court vacate the May 28, 2013 change of plea hearing and the trial date currently set for the week of June 10, 2013. Counsel further requests that this Court issue an order directing the parties to contact the Court by May 15, 2013 for the purposes of setting a change of plea hearing to a date on or after June 10, 2013.

7.  Counsel is advised that the Government does not object to this motion.

WHEREFORE, Defendant Christine Estorga respectfully requests that this Court continue the change of plea hearing from May 28, 2013 to a later date.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2013, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant United States Attorney
email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christine Estorga    *(via U.S. mail)*


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant