IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTINE ESTORGA,

       Defendant.

_____

**DEFENDANT'S 18 U.S.C. § 4285  MOTION FOR ORDER
DIRECTING THE U.S. MARSHAL SERVICE TO ARRANGE DEFENDANT'S
NON-CUSTODIAL TRANSPORTATION AND SUBSISTENCE EXPENSES
FOR THE JUNE 10, 2013 CHANGE OF PLEA HEARING**
_____

COMES NOW, Defendant, Christine Estorga ("Ms. Estorga"), by and through undersigned counsel, Assistant Federal Public Defender, Edward R. Harris, and hereby moves this Court pursuant to 18 U.S.C. § 4285 for an order directing the United States Marshal Service to arrange for Ms. Estorga's non-custodial transportation from Temple, Texas to Denver, Colorado and for lodging and subsistence expenses for her round-trip travel between Temple and Denver.  In support of this motion, Ms. Estorga states that:

1.     A Change of Plea Hearing in this matter is scheduled for June 10, 2013 at 9:30am.

2.     Ms. Estorga lives in Temple, Texas which is almost nine hundred miles from Denver.  This is a fourteen-hour car trip.

3.     Ms. Estorga has been deemed indigent and is financially unable to pay to transport herself from Temple to Denver. Therefore, she requests that this Court direct the

U.S. Marshal Service to arrange for her noncustodial transportation or furnish the fare for such transportation to and from Denver.

4.      Ms. Estorga has no relatives and/or friends that reside in the Denver, Colorado area.  Nor can she pay necessary lodging and subsistence expenses to be present at the Change of Plea Hearing. Therefore, she further requests that this Court direct the U.S. Marshal Service provide for room accommodations at a hotel and per diem for food during her stay in Denver.

5.      Although this motion addresses only the Change of Plea Hearing, counsel anticipates that he will file a separate motion seeking similar relief once a sentencing date is set.

6.      18 U.S.C. § 4285 authorizes this Court, in cases such as this where a released Defendant lacks the financial means to provide the necessary transportation to appear on her own before this court, to direct the U.S. Marshal to arrange for non-custodial transportation or furnish the funds required for such transportation to the location where the appearance is required, to furnish room accommodations and/or the funds for such accommodations, and to furnish that person with an amount of money for subsistence expenses to the destination.

7.      The government does not object to this motion.

WHEREFORE, Ms. Estorga requests the Court to direct the U.S. Marshal Service to arrange for round trip non-custodial transportation between Temple, Texas and Denver, Colorado in a manner sufficient to secure her timely appearance at the June 10, 2013 Change of Plea Hearing and to furnish lodging and subsistence expenses related thereto for the reasons stated in this motion.

2

Dated this 13th day of May, 2013.


                                     Respectfully submitted,

                                     WARREN R. WILLIAMSON
                                     Federal Public Defender, Interim


                                     s/ Edward R. Harris
                                     Edward R. Harris
                                     Assistant Federal Public Defender
                                     633 17th Street, Suite 1000
                                     Denver, CO  80202
                                     Telephone:  (303) 294-7002
                                     FAX:  (303) 294-1192
                                     Edward_Harris@fd.org
                                     Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant United States Attorney
email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christine Estorga     *(via U.S. mail)*

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant