**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case: 12-cr-00490-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTINE ESTORGA,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
ORDER DIRECTING UNITED STATES MARSHAL TO
PROVIDE NON-CUSTODIAL TRANSPORTATION**
_____

This matter is before the Court on the Defendant's 18 U.S.C. § 4285 Motion for Order Directing the U.S. Marshal Service to Arrange Defendant's Non-Custodial Transportation and Subsistence Expenses for the June 10, 2013 Change of Plea Hearing (ECF No. 31). The Court having reviewed the motion, which the Government does not oppose, and being fully advised, hereby ORDERS as follows:

The Defendant's Motion is GRANTED. The United States Marshal Service shall make arrangements to provide the Defendant's round trip transportation from Texas to Denver, Colorado for her Change of Plea Hearing to be held on June 10, 2013. Further, the Marshal Service furnish Defendant with an amount of money for subsistence expenses for her travel to Colorado, not to exceed the amount authorized as a per diem allowance.

Dated this 14th day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge