IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTINE ESTORGA,

    Defendant.

_____

**DEFENDANT'S MOTION TO CONTINUE CHANGE OF PLEA
HEARING AND FOR IMMEDIATE SENTENCING**
_____

COMES NOW Defendant Christine Estorga, by and through undersigned counsel, Assistant Federal Public Defender Edward R. Harris, and moves for a continuance of the change of plea hearing set for June 10, 2013 to a later date for the reasons set forth below:

1. On May 8, 2013, this Court scheduled this case for a May 28, 2013 change of plea hearing which by order dated May 10, 2013 was vacated and reset to June 10, 2013 on Defendant's unopposed motion.

2. The June 10, 2013 date was set based upon counsel's expectation that there would be Marshals Service funding for Defendant's travel under 18 U.S.C. § 4285.

3. Because Defendant does not fall within the purview of § 4285, the Court could not authorize the expenditure of public funds to facilitate her travel. On May 15, 2013, the Court issued an order consistent with that finding.

4. Although she does not qualify for expenditure of public funds to facilitate her travel, Defendant nonetheless remains indigent. She lives in Temple, Texas which is

almost nine hundred miles from Denver. This is a fourteen-hour car trip. Ideally, she would prefer to make that journey by air, if possible. However, the price of airfare is expensive and is especially expensive when booked less than a month before travel. Given the distance which Ms. Estorga must travel and a need to arrange for transportation at an affordable price, Defendant needs a larger time window between now and the hearing date. She believes that a date on or after July 25, 2013 would be sufficient time.

5. Speedy trial is not an issue. Counsel's filing of a notice of disposition has tolled speedy trial in this case. The case will resolve by plea agreement, not trial.

6. Further, given the financial hardship of travel expenses to this Defendant, her lack of criminal history and the government's intention to recommend a sentence which includes a term of probation, Defendant requests that this Court hold the plea and sentencing hearings on the same date. This may be accomplished either by directing the Probation Department to interview Defendant by telephone in advance of the hearing date and to then prepare a presentence investigation report in the ordinary course of business, or by waiving the requirement of a presentence investigation report in this case.

7. Although Federal Rule of Criminal Procedure 32 generally requires a Presentence Investigation, that investigation may be dispensed with if "the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. §3553, and the court explains its finding on the record." Fed R. Crim Proc. 32(c). Here, the Plea Agreement coupled with Defendant's lack of criminal history adequately sets forth information sufficient to impose sentence without a full presentence report.

8. Accordingly, counsel requests that the Court: (1) vacate the June 10, 2013 change of plea hearing and issue an order directing the parties to contact the Court by June 3, 2013 for the purposes of setting a new change of plea hearing to a date on or after July 25, 2013[1]; (2) schedule the matter for sentencing on whatever the new change of plea date is; (3) either direct the Probation Department to interview Defendant by phone before the new plea/sentencing date and prepare a presentence report, or dispense with such a report and proceed without one pursuant to Rule 32(c).

9. Counsel is advised that the Government's position respecting this motion is that it 1) does not oppose defendant's request to continue the change of plea hearing and to contact the Court to set a new hearing date; 2) agrees that Rule 32 allows the Court to proceed to sentencing without a Presentence Investigation; 3) leaves to the Court's discretion whether to order that the investigation be conducted by phone or dispensed with pursuant to Rule 32.

WHEREFORE, Defendant Christine Estorga respectfully requests that this Court (1) vacate the June 10, 2013 change of plea hearing and issue an order directing the parties to contact the Court by June 3, 2013 for the purposes of setting a new change of plea hearing to a date on or after July 25, 2013; (2) schedule the matter for sentencing on whatever the new change of plea date is; (3) either direct the Probation Department to interview Defendant by phone before the new plea/sentencing date and prepare a

---

[1] Counsel notes that he is unavailable August 12 through August 26, 2013 and the government is unavailable August 2 through August 13, 2013. So, effectively, the parties are unavailable from August 2 through 26, 2013 which is why counsel suggests this issuance of an order directing the parties to contact the Court to set a change of plea hearing date rather than the Court simply setting one without notice to counsel.

presentence report, or dispense with such a report and proceed without one pursuant to Rule 32(c).

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2013, I electronically filed the foregoing **DEFENDANT'S MOTION TO CONTINUE CHANGE OF PLEA HEARING AND FOR IMMEDIATE SENTENCING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant United States Attorney
    email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Christine Estorga    *(via U.S. mail)*

                            s/ Edward R. Harris
                            Edward R. Harris
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO  80202
                            Telephone:  (303) 294-7002
                            FAX:  (303) 294-1192
                            Edward_Harris@fd.org
                            Attorney for Defendant