IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CHRISTINE ESTORGA,

        Defendant.

_____

**UNITED STATES' RESPONSE TO PRESENCE REPORT**
**(DOC. 36)**
_____

The United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, hereby gives notice of its Response to the Presentence Report ("PSR").

1.      The Probation Officer reached the same guidelines calculation as did the parties: an adjusted base offense level of 10 with a Criminal History Category of I, resulting in a guideline imprisonment range of 6 to 12 months. PSR, p. 11, ¶ 68. This guideline range falls within Zone B of the Sentencing Table, which allows for "a sentence of probation that includes a condition or combination of conditions that substitute intermittent confinement, community confinement, or home detention for imprisonment . . . . " USSG § 5C1.1(c)(3).

2.      In the Plea Agreement, the government agreed to recommend a probationary sentence to include a period of home detention at the bottom of the applicable guidelines range as determined by the Court. Plea Agreement, Page 1-2.

3.      The Probation Officer is recommending a variant sentence in this case,

excluding any home detention or community confinement component.  PSR, R-3.  This recommendation is based in part upon the following facts 1) the defendant currently spends most of her time at home with her family; 2) the cost of home confinement would serve as an additional financial sanction when the defendant is facing a significant restitution obligation; 3) the defendant is 59 years old with no prior criminal history; 4) the defendant is extremely remorseful for her actions; 5) the defendant's conduct in this case appears to be out of character, and may have been related to emotional and financial stress associated with acting as the care giver for her mother for several years prior to her mother's death; 6) home confinement does not appear necessary to deter the defendant from further criminal conduct; and 7) home confinement does not appear necessary to protect the community from further crimes of the defendant.  PSR, R-3.

      4.	After careful consideration of each of these factors, further discussion with the Probation Officer, consideration of the collateral consequences the defendant will face as a result of a felony conviction on her record, and the costs of mental health treatment she will incur, the United States does not oppose the Probation Officer's recommendation for a variant sentence of probation in this case.

Respectfully submitted,
JOHN F. WALSH
United States Attorney

By:  s/Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: martha.paluch@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2013, I electronically filed the foregoing **UNITED STATES' RESPONSE TO PRESENTENCE REPORT (DOC. 36)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Edward Harris
Assistant Federal Public Defender
Counsel for Ms. Estorga
edward_harris@fd.org

*By: s/ Barbara Gardalen*
Barbara Gardalen
Legal Assistant to AUSA Martha Paluch
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0333
Fax: (303) 454-0402
E-mail: barbara.gardalen@usdoj.gov