IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CHRISTINE ESTORGA,

        Defendant.

_____

**UNITED STATES' MOTION TO DISMISS COUNTS 2-47**
_____

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, pursuant to the terms of the parties' Plea Agreement, and upon the Court's acceptance of the Defendant's plea of guilty to Count One of the Indictment (Doc. 1), scheduled for September 12, 2013, hereby respectfully requests that the Court issue an Order dismissing Counts 2-47 of the Indictment with prejudice at that time.

THEREFORE, the United States respectfully requests that Counts 2-47 of the Indictment be dismissed with prejudice after the Court's acceptance of Defendant's plea of guilty to Count One.

                                        Respectfully submitted,

                                        JOHN F. WALSH
                                        United States Attorney

                                        By:  s/Martha A. Paluch
                                        MARTHA A. PALUCH
                                        Assistant United States Attorney
                                        1225 Seventeenth Street, Suite 700
                                        Denver, Colorado 80202
                                        Telephone: (303) 454-0100
                                        Facsimile: (303) 454-0404
                                        E-mail: martha.paluch@usdoj.gov
                                        Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of August, 2013, I electronically filed the foregoing **UNITED STATES' MOTION TO DISMISS COUNTS 2-47** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Edward Harris
Assistant Federal Public Defender
Counsel for Ms. Estorga
edward_harris@fd.org

                                            *By: s/ Barbara Gardalen*
                                            Barbara Gardalen
                                            Legal Assistant to AUSA Martha Paluch
                                            United States Attorney's Office
                                            1225 - 17th Street, Suite 700
                                            Denver, CO 80202
                                            Telephone: (303) 454-0333
                                            Fax: (303) 454-0402
                                            E-mail: barbara.gardalen@usdoj.gov