IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00490-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CHRISTINE ESTORGA,

        Defendant.

## ORDER DISMISSING COUNTS 2-47 OF THE INDICTMENT

This matter is before the Court on the United States' Motion to Dismiss Counts 2-47 of the Indictment (Doc. 1) as to Defendant Christine Estorga. The Court having accepted Defendant's plea of guilty to Count One of the Indictment, having considered this motion, and for good cause shown,

IT IS HEREBY ORDERED that Counts 2-47 of the Indictment against Defendant Christine Estorga are hereby dismissed with prejudice.

DONE this ___ day of _____, 2013, in Denver, Colorado.

BY THE COURT:

HONORABLE WILLIAM J. MARTINEZ
JUDGE, UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO