IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Nick Richards | Date: September 12, 2013 |
| Court Reporter:       Kara Spitler | Probation: Laura Ansart |

_____

Criminal Action No. 12-cr-00490-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                         Martha Ann Paluch

     Plaintiff,

v.

CHRISTINE ESTORGA,                                      Edward Robin Harris

     Defendant.

_____

## COURTROOM MINUTES
_____

CHANGE OF PLEA HEARING/IMMEDIATE SENTENCING

2:01 p.m. Court in Session

Appearances of counsel.

Defendant is present on bond.

Defendant sworn and states full name.  Defendant is 59 years old.

Defendant advised of maximum penalties.

Defendant's right to trial to jury and other constitutional rights explained.

Count 1 read to the Defendant.

Defendant pleads guilty to Count 1.

**ORDERED: Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by
              Defendant in Advance of Plea of Guilty are RECEIVED into evidence.**

**ORDERED: Defendant's plea of guilty is ACCEPTED.**

The Court's findings of fact and conclusions of law are entered on the record.

Discussion regarding Defendant's Motion to Continue Change of Plea Hearing and for Immediate Sentencing [Doc. No. 34, filed May 28, 2013]. The motion was granted via Order [Doc. No. 35, filed May 31, 2013].

Defense counsel makes Oral Motion for Immediate Sentencing.

**ORDERED**:   Defendant's Oral Motion for Immediate Sentencing is **GRANTED** as stated on the record.

Statement regarding sentencing recommendations by Ms. Paluch.

Statement regarding sentencing recommendations by Mr. Harris.

Defense counsel makes Oral Motion for Downward Variance to a Sentence of Probation for Three Years. Government does not object.

Discussion regarding United States' Motion to Dismiss Counts 2-47 [Doc. No. 38, filed August 26, 2013].

**ORDERED**:   United States' Motion to Dismiss Counts 2-47 [38] is **GRANTED**. Counts 2-47 of the Indictment are dismissed.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant addresses the Court regarding sentencing.

**ORDERED**:   Defense counsel's Oral Motion for Downward Variance is **GRANTED** as stated on the record.

**ORDERED**:   **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Christine Estorga, is hereby sentenced to a period of Probation for three years.**

**ORDERED**:   **While on Probation, Defendant shall not commit another federal, state, or local crime, shall not possess a firearm, as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**ORDERED**:   **The Court waives the mandatory drug testing provisions of § 3563(a)(5), because the PSIR indicates a low risk of future substance abuse by the**

**Defendant.**

**ORDERED**: The Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

**ORDERED**: The following special conditions of supervised release are imposed:

1) Defendant shall not incur new credit charges or open additional lines of credit without the approval of his probation officer unless he is in compliance with the periodic payment obligations imposed pursuant to this Court's judgment and sentence.

2) As directed by the Probation Officer, the Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation in this case.

3) The Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the Probation Officer, until such time as the Defendant is released from the program by the Probation Officer. The Defendant shall pay the cost of treatment as directed by the Probation Officer. The Court authorizes the Probation Officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

4) Should the Defendant continue to reside with her son, who is a law enforcement officer, any firearms at the residence shall be kept in a lockbox to which the Defendant does not have access.

**ORDERED**: The special assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED**: Defendant has no ability to pay a fine, and the fine is waived.

**ORDERED**: The total restitution obligation is $58,533.00 and shall be made payable to the United States Department of Veteran Affairs at the address set forth in the presentence investigation report.

Defendant has no ability to pay interest on the restitution. Therefore, interest on the restitution is waived.

**ORDERED**: The special assessment and restitution obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be

>      **paid in monthly installments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.**

The Court advises the defendant of her right to appeal the Court's sentencing decision to the Tenth Circuit Court of Appeals by filing a written notice of appeal within 14 days from the date of entry of judgment.

2:44 p.m.    Court in Recess
             Hearing concluded
             Total in court time: 00:43