Wed. 10-16

To Whom It may concern,

I'm writing to let you know
I've relocated to 1319 Starlight Dr.
Temple, Tx. 76502.

If any questions arise call me

1-254-899-5406

MARIE Christine Estorga
1319 Starlight Dr.
temple  Tx 76502

FOREVER / USA

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 21 2019**

JEFFREY P. COLWELL
CLERK

Clerk U.S. District Ct
901 19th St.
Room A-105
Denver, Co 80294